## CAMPBELL *v.* WARDEN OF THE MARY-LAND PENITENTIARY

[App. No. 70, September Term, 1963.]

*Decided December 13, 1963.*

Before HENDERSON, HAMMOND, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

The application of Edward H. Campbell for leave to appeal from the order denying him post conviction relief from his imprisonment for armed robbery and carrying a deadly weapon is hereby denied for the reasons stated by Judge Prendergast in his opinion filed in the lower court.

*Application denied.*